# Judiciary Branch Personnel
# Financial Disclosure Report (AO Form 10)

## Filer's Information

**Steele, William H**

Report Year: 2018

Electronic Signature - I certify that all information provided (including information pertaining to my spouse and minor or dependent children, if any) is accurate, true, and complete to the best of my knowledge and belief.
I further certify that earned income and honoraria and acceptance of gifts which have been reported are in compliance with the provisions of 5 U.S.C. § 501 et. seq., 5 U.S.C. § 7353, and Judicial Conference regulations.
**/s/  William H Steele [electronically signed on 07/31/2019 by  William H Steele in JEFS]**

Certifying Official- I conclude that, based on the information contained in this report and to the best of my knowledge, this report is in compliance with the Ethics in Government Act, as amended, and other applicable laws and regulations.

General Comments:

| COMMENT |
| --- |
| Lines reflecting no income are so reported because none was attributed to those particular holdings during the reporting period, whether taxable, tax exempt, or tax deferred, or because the investments do not allocate income to individual holdings, but instead only to unit value, per page 42 of the filing instructions. |

# I. Positions

None

# II. Agreements

None

# III A. Filer's Non-Investment Income

| # | SOURCE | INCOME TYPE | INCOME AMOUNT |
|---|--------|-------------|---------------|
| 1 | Self-employed (musician) | Fees | $1,275 |
| 2 | First Church of Christ Scientist (reader) | Fees | $1,090 |

# III B. Spouse's Non-Investment Income

| # | SOURCE | DESCRIPTION |
|---|--------|-------------|
| 1 | Retirement Systems of Alabama | |
| 2 | Nationwide Retirement Solutions | deferred pay & retirement annuity |

# IV. Reimbursements

None

# V. Gifts

None

---

## VI. Liabilities

| # | CREDITOR | TYPE | VALUE |
|---|----------|------|-------|
| 1 | Wells Fargo Advisors | Line of Credit | $50,001 - $100,000 |

## VII. Investments and Trusts

| DESCRIPTION | | INCOME AMOUNT | INCOME TYPE | GROSS VALUE AS OF 12/31 | VALUE METHOD | TRANS. TYPE | TRANS. DATE | TRANS. VALUE |
|-------------|--|---------------|-------------|-------------------------|--------------|-------------|-------------|--------------|
| Regions Bank Account (cash) | | $1,000 or less | Interest | $15,000 or less | Cash Market | | | |
| American Express High Yield Savings (cash) | | $1,000 or less | Interest | $50,001 - $100,000 | Cash Market | | | |
| Nationwide Retirement Solutions (457b) | See Note | $15,001 - $50,000 | Distribution | $100,001 - $250,000 | Cash Market | | | |
| Brokerage #1 | | | | | | | | |
| Abbott Laboratories (ABT) | | None | None | $15,000 or less | Cash Market | | | |
| Abbott Laboratories (ABT) | | | | | | Purchased | 12/31/2018 | $15,000 or less |
| Accenture PLC (ACN) | | None | None | $15,000 or less | Cash Market | | | |
| Accenture PLC (ACN) | | | | | | Purchased | 12/31/2018 | $15,000 or less |
| AFLAC Inc (AFL) | | None | None | $15,000 or less | Cash Market | | | |
| AFLAC Inc (AFL) | | | | | | Purchased | 12/31/2018 | $15,000 or less |

| DESCRIPTION | INCOME AMOUNT | INCOME TYPE | GROSS VALUE AS OF 12/31 | VALUE METHOD | TRANS. TYPE | TRANS. DATE | TRANS. VALUE |
|---|---|---|---|---|---|---|---|
| Air Products & Chemicals Inc (APD) | None | None | $15,000 or less | Cash Market | | | |
| Air Products & Chemicals Inc (APD) | | | | | Purchased | 12/31/2018 | $15,000 or less |
| Amgen Inc (AMGN) | None | None | $15,000 or less | Cash Market | | | |
| Amgen Inc (AMGN) | | | | | Purchased | 12/31/2018 | $15,000 or less |
| Analog Devices, Inc. (ADI) | None | None | $15,000 or less | Cash Market | | | |
| Analog Devices, Inc. (ADI) | | | | | Purchased | 12/31/2018 | $15,000 or less |
| AT&T (T) | None | None | $15,000 or less | Cash Market | | | |
| AT&T (T) | | | | | Purchased | 12/31/2018 | $15,000 or less |
| Automatic Data Processing (ADP) | None | None | $15,000 or less | Cash Market | | | |
| Automatic Data Processing (ADP) | | | | | Purchased | 12/31/2018 | $15,000 or less |
| Becton Dickinson & Co (BDX) | None | None | $15,000 or less | Cash Market | | | |
| Becton Dickinson & Co (BDX) | | | | | Purchased | 12/31/2018 | $15,000 or less |
| BlackRock Inc (BLK) | None | None | $15,000 or less | Cash Market | | | |
| BlackRock Inc (BLK) | | | | | Purchased | 12/31/2018 | $15,000 or less |
| Chevron Corp (CVX) | None | None | $15,000 or less | Cash Market | | | |
| Chevron Corp (CVX) | | | | | Purchased | 12/31/2018 | $15,000 or less |

| DESCRIPTION | INCOME AMOUNT | INCOME TYPE | GROSS VALUE AS OF 12/31 | VALUE METHOD | TRANS. TYPE | TRANS. DATE | TRANS. VALUE |
|---|---|---|---|---|---|---|---|
| Chubb LTD (CB) | None | None | $15,000 or less | Cash Market | | | |
| Chubb LTD (CB) | | | | | Purchased | 12/31/2018 | $15,000 or less |
| Cisco Systems Inc (CSCO) | None | None | $15,000 or less | Cash Market | | | |
| Cisco Systems Inc (CSCO) | | | | | Purchased | 12/31/2018 | $15,000 or less |
| Clorox Co (CLX) | None | None | $15,000 or less | Cash Market | | | |
| Clorox Co (CLX) | | | | | Purchased | 12/31/2018 | $15,000 or less |
| Colgate-Palmolive Co (CL) | None | None | $15,000 or less | Cash Market | | | |
| Colgate-Palmolive Co (CL) | | | | | Purchased | 12/31/2018 | $15,000 or less |
| Eaton Vance Corp (EV) | None | None | $15,000 or less | Cash Market | | | |
| Eaton Vance Corp (EV) | | | | | Purchased | 12/31/2018 | $15,000 or less |
| Emerson Electric Co (EMR) | None | None | $15,000 or less | Cash Market | | | |
| Emerson Electric Co (EMR) | | | | | Purchased | 12/31/2018 | $15,000 or less |
| Eversource Energy (ES) | None | None | $15,000 or less | Cash Market | | | |
| Eversource Energy (ES) | | | | | Purchased | 12/31/2018 | $15,000 or less |
| Exxon Mobil (XOM) | None | None | $15,000 or less | Cash Market | | | |
| Exxon Mobil (XOM) | | | | | Purchased | 12/31/2018 | $15,000 or less |

| DESCRIPTION | INCOME AMOUNT | INCOME TYPE | GROSS VALUE AS OF 12/31 | VALUE METHOD | TRANS. TYPE | TRANS. DATE | TRANS. VALUE |
|---|---|---|---|---|---|---|---|
| Factset Research Systems (FDS) | None | None | $15,000 or less | Cash Market | | | |
| Factset Research Systems (FDS) | | | | | Purchased | 12/31/2018 | $15,000 or less |
| General Mills Inc (GIS) | None | None | $15,000 or less | Cash Market | | | |
| General Mills Inc (GIS) | | | | | Purchased | 12/31/2018 | $15,000 or less |
| General Dynamics (GD) | None | None | $15,000 or less | Cash Market | | | |
| General Dynamics (GD) | | | | | Purchased | 12/31/2018 | $15,000 or less |
| Harris Corp (HRS) | None | None | $15,000 or less | Cash Market | | | |
| Harris Corp (HRS) | | | | | Purchased | 12/31/2018 | $15,000 or less |
| Illinois Tool Works Inc (ITW) | None | None | $15,000 or less | Cash Market | | | |
| Illinois Tool Works Inc (ITW) | | | | | Purchased | 12/31/2018 | $15,000 or less |
| International Business Machines Corp (IBM) | None | None | $15,000 or less | Cash Market | | | |
| International Business Machines Corp (IBM) | | | | | Purchased | 12/31/2018 | $15,000 or less |
| Johnson & Johnson (JNJ) | None | None | $15,000 or less | Cash Market | | | |
| Johnson & Johnson (JNJ) | | | | | Purchased | 12/31/2018 | $15,000 or less |
| JP Morgan Chase & Co (JPM) | None | None | $15,000 or less | Cash Market | | | |
| JP Morgan Chase & Co (JPM) | | | | | Purchased | 12/31/2018 | $15,000 or less |

| DESCRIPTION | INCOME AMOUNT | INCOME TYPE | GROSS VALUE AS OF 12/31 | VALUE METHOD | TRANS. TYPE | TRANS. DATE | TRANS. VALUE |
|---|---|---|---|---|---|---|---|
| Linde PLC (LIN) | None | None | $15,000 or less | Cash Market | | | |
| Linde PLC (LIN) | | | | | Purchased | 12/31/2018 | $15,000 or less |
| Lowe's Companies (LOW) | None | None | $15,000 or less | Cash Market | | | |
| Lowe's Companies (LOW) | | | | | Purchased | 12/31/2018 | $15,000 or less |
| McDonald's Corp (MCD) | None | None | $15,000 or less | Cash Market | | | |
| McDonald's Corp (MCD) | | | | | Purchased | 12/31/2018 | $15,000 or less |
| Medtronic Inc (MDT) | None | None | $15,000 or less | Cash Market | | | |
| Medtronic Inc (MDT) | | | | | Purchased | 12/31/2018 | $15,000 or less |
| Microsoft Corp (MSFT) | None | None | $15,000 or less | Cash Market | | | |
| Microsoft Corp (MSFT) | | | | | Purchased | 12/31/2018 | $15,000 or less |
| NextEra Energy Inc (NEE) | None | None | $15,000 or less | Cash Market | | | |
| NextEra Energy Inc (NEE) | | | | | Purchased | 12/31/2018 | $15,000 or less |
| Nike Inc (NKE) | None | None | $15,000 or less | Cash Market | | | |
| Nike Inc (NKE) | | | | | Purchased | 12/31/2018 | $15,000 or less |
| Norfolk Southern (NSC) | None | None | $15,000 or less | Cash Market | | | |
| Norfolk Southern (NSC) | | | | | Purchased | 12/31/2018 | $15,000 or less |

| DESCRIPTION | INCOME AMOUNT | INCOME TYPE | GROSS VALUE AS OF 12/31 | VALUE METHOD | TRANS. TYPE | TRANS. DATE | TRANS. VALUE |
|---|---|---|---|---|---|---|---|
| Novartis AG (NVS) | None | None | $15,000 or less | Cash Market | | | |
| Novartis AG (NVS) | | | | | Purchased | 12/31/2018 | $15,000 or less |
| Paychex Inc (PAYX) | None | None | $15,000 or less | Cash Market | | | |
| Paychex Inc (PAYX) | | | | | Purchased | 12/31/2018 | $15,000 or less |
| PepsiCo Inc (PEP) | None | None | $15,000 or less | Cash Market | | | |
| PepsiCo Inc (PEP) | | | | | Purchased | 12/31/2018 | $15,000 or less |
| Phillips 66 (PSX) | None | None | $15,000 or less | Cash Market | | | |
| Phillips 66 (PSX) | | | | | Purchased | 12/31/2018 | $15,000 or less |
| Polaris Industries (PII) | None | None | $15,000 or less | Cash Market | | | |
| Polaris Industries (PII) | | | | | Purchased | 12/31/2018 | $15,000 or less |
| Procter & Gamble (PG) | None | None | $15,000 or less | Cash Market | | | |
| Procter & Gamble (PG) | | | | | Purchased | 12/31/2018 | $15,000 or less |
| QUALCOMM Inc (QCOM) | None | None | $15,000 or less | Cash Market | | | |
| QUALCOMM Inc (QCOM) | | | | | Purchased | 12/31/2018 | $15,000 or less |
| Sysco Corp (SYY) | None | None | $15,000 or less | Cash Market | | | |
| Sysco Corp (SYY) | | | | | Purchased | 12/31/2018 | $15,000 or less |

| DESCRIPTION | INCOME AMOUNT | INCOME TYPE | GROSS VALUE AS OF 12/31 | VALUE METHOD | TRANS. TYPE | TRANS. DATE | TRANS. VALUE |
|---|---|---|---|---|---|---|---|
| Target Corp (TGT) | None | None | $15,000 or less | Cash Market | | | |
| Target Corp (TGT) | | | | | Purchased | 12/31/2018 | $15,000 or less |
| United Technologies Corp (UTX) | None | None | $15,000 or less | Cash Market | | | |
| United Technologies Corp (UTX) | | | | | Purchased | 12/31/2018 | $15,000 or less |
| US Bancorp (USB) | None | None | $15,000 or less | Cash Market | | | |
| US Bancorp (USB) | | | | | Purchased | 12/31/2018 | $15,000 or less |
| VF Corp (VFC) | None | None | $15,000 or less | Cash Market | | | |
| VF Corp (VFC) | | | | | Purchased | 12/31/2018 | $15,000 or less |
| Walmart Inc (WMT) | None | None | $15,000 or less | Cash Market | | | |
| Walmart Inc (WMT) | | | | | Purchased | 12/31/2018 | $15,000 or less |
| WEC Energy Group (WEC) | None | None | $15,000 or less | Cash Market | | | |
| WEC Energy Group (WEC) | | | | | Purchased | 12/31/2018 | $15,000 or less |
| 3M Co (MMM) | None | None | $15,000 or less | Cash Market | | | |
| 3M Co (MMM) | | | | | Purchased | 12/31/2018 | $15,000 or less |
| Energy Select ETF Sector SPDR (XLE) | $1,000 or less | Dividend | None | Cash Market | | | |
| Energy Select ETF Sector SPDR (XLE) | | | | | Purchased | 05/17/2018 | $15,000 or less |

| DESCRIPTION | INCOME AMOUNT | INCOME TYPE | GROSS VALUE AS OF 12/31 | VALUE METHOD | TRANS. TYPE | TRANS. DATE | TRANS. VALUE |
|---|---|---|---|---|---|---|---|
| Energy Select ETF Sector SPDR (XLE) | | | | | Sold | 12/19/2018 | $15,000 or less |
| Industrial Select Sector SPDR (XLI) | $1,000 or less | Dividend | None | Cash Market | | | |
| Industrial Select Sector SPDR (XLI) | | | | | Purchased | 01/03/2018 | $15,000 or less |
| Industrial Select Sector SPDR (XLI) | | | | | Purchased | 11/05/2018 | $15,000 or less |
| Industrial Select Sector SPDR (XLI) | | | | | Sold | 12/28/2018 | $15,000 or less |
| iShares ETF Floating Rate Bond (FLOT) | $1,000 or less | Dividend | None | Cash Market | | | |
| iShares ETF Floating Rate Bond (FLOT) | | | | | Purchased | 01/03/2018 | $15,000 or less |
| iShares ETF Floating Rate Bond (FLOT) | | | | | Sold | 01/26/2018 | $15,000 or less |
| iShares ETF Floating Rate Bond (FLOT) | | | | | Purchased | 03/22/2018 | $15,000 or less |
| iShares ETF Floating Rate Bond (FLOT) | | | | | Purchased | 05/17/2018 | $15,000 or less |
| iShares ETF Floating Rate Bond (FLOT) | | | | | Sold | 10/25/2018 | $15,000 or less |
| iShares 1-3 Year Treasury Bond (SHY) | None | None | None | Cash Market | | | |
| iShares 1-3 Year Treasury Bond (SHY) | | | | | Purchased | 01/03/2018 | $15,000 or less |
| iShares 1-3 Year Treasury Bond (SHY) | | | | | Sold | 01/26/2018 | $15,000 or less |
| iShares ETF 10+ Yr Credit Bond (CLY) | $1,000 or less | Dividend | None | Cash Market | | | |
| iShares ETF 10+ Yr Credit Bond (CLY) | | | | | Sold | 06/25/2018 | $15,000 or less |

| DESCRIPTION | INCOME AMOUNT | INCOME TYPE | GROSS VALUE AS OF 12/31 | VALUE METHOD | TRANS. TYPE | TRANS. DATE | TRANS. VALUE |
|---|---|---|---|---|---|---|---|
| iShares ETF U.S. Preferred Stock (PFF) | $1,000 or less | Dividend | None | Cash Market | | | |
| iShares ETF U.S. Preferred Stock (PFF) | | | | | Sold | 12/28/2018 | $15,000 or less |
| iShares 3-7 Year Treasury Bond (IEI) | $1,000 or less | Dividend | None | Cash Market | | | |
| iShares 3-7 Year Treasury Bond (IEI) | | | | | Purchased | 10/25/2018 | $15,000 or less |
| iShares 3-7 Year Treasury Bond (IEI) | | | | | Sold | 12/28/2018 | $15,000 or less |
| iShares ETF 7-10 Year Treasury Bond (IEF) | $1,000 or less | Dividend | None | Cash Market | | | |
| iShares ETF 7-10 Year Treasury Bond (IEF) | | | | | Sold | 01/03/2018 | $15,000 or less |
| iShares ETF 7-10 Year Treasury Bond (IEF) | | | | | Purchased | 01/26/2018 | $15,000 or less |
| iShares ETF 7-10 Year Treasury Bond (IEF) | | | | | Sold | 03/22/2018 | $15,000 or less |
| iShares ETF Intermediate Credit Bond (CIU) | $1,000 or less | Dividend | None | Cash Market | | | |
| iShares ETF Intermediate Credit Bond (CIU) | | | | | Sold | 01/03/2018 | $15,000 or less |
| iShares ETF Intermediate Credit Bond (CIU) | | | | | Sold | 06/25/2018 | $15,000 or less |
| iShares 20+ Year ETF Treasury Bond (TLT) | $1,000 or less | Dividend | None | Cash Market | | | |
| iShares 20+ Year ETF Treasury Bond (TLT) | | | | | Purchased | 06/25/2018 | $15,000 or less |
| iShares 20+ Year ETF Treasury Bond (TLT) | | | | | Sold | 10/25/2018 | $15,000 or less |
| iShares 20+ Year ETF Treasury Bond (TLT) | | | | | Sold | 12/28/2018 | $15,000 or less |

| DESCRIPTION | INCOME AMOUNT | INCOME TYPE | GROSS VALUE AS OF 12/31 | VALUE METHOD | TRANS. TYPE | TRANS. DATE | TRANS. VALUE |
|---|---|---|---|---|---|---|---|
| iShares Core MSCI Emerging Markets ETF (IEMG) | $1,000 or less | Dividend | None | Cash Market | | | |
| iShares Core MSCI Emerging Markets ETF (IEMG) | | | | | Purchased | 01/03/2018 | $15,000 or less |
| iShares Core MSCI Emerging Markets ETF (IEMG) | | | | | Purchased | 02/16/2018 | $15,000 or less |
| iShares Core MSCI Emerging Markets ETF (IEMG) | | | | | Sold | 06/25/2018 | $15,000 or less |
| iShares Core MSCI Emerging Markets ETF (IEMG) | | | | | Purchased | 07/27/2018 | $15,000 or less |
| iShares Core MSCI Emerging Markets ETF (IEMG) | | | | | Sold | 12/28/2018 | $15,001 - $50,000 |
| iShares Core MSCI EAFE ETF (IEFA) | $1,000 or less | Dividend | None | Cash Market | | | |
| iShares Core MSCI EAFE ETF (IEFA) | | | | | Sold | 02/16/2018 | $15,000 or less |
| iShares Core MSCI EAFE ETF (IEFA) | | | | | Sold | 03/22/2018 | $15,000 or less |
| iShares Core MSCI EAFE ETF (IEFA) | | | | | Purchased | 07/27/2018 | $15,000 or less |
| iShares Core MSCI EAFE ETF (IEFA) | | | | | Purchased | 09/24/2018 | $15,000 or less |
| iShares Core MSCI EAFE ETF (IEFA) | | | | | Sold | 12/28/2018 | $15,001 - $50,000 |
| iShares Core S&P Midcap ETF (IJH) | $1,000 or less | Dividend | None | Cash Market | | | |
| iShares Core S&P Midcap ETF (IJH) | | | | | Purchased | 03/22/2018 | $15,000 or less |
| iShares Core S&P Midcap ETF (IJH) | | | | | Purchased | 05/17/2018 | $15,000 or less |
| iShares Core S&P Midcap ETF (IJH) | | | | | Purchased | 06/25/2018 | $15,000 or less |

| DESCRIPTION | INCOME AMOUNT | INCOME TYPE | GROSS VALUE AS OF 12/31 | VALUE METHOD | TRANS. TYPE | TRANS. DATE | TRANS. VALUE |
|---|---|---|---|---|---|---|---|
| iShares Core S&P Midcap ETF (IJH) | | | | | Sold | 09/24/2018 | $15,001 - $50,000 |
| iShares Core S&P 500 S&P 500 Index Fund (IVV) | $1,000 or less | Dividend | None | Cash Market | | | |
| iShares Core S&P 500 S&P 500 Index Fund (IVV) | | | | | Sold | 06/25/2018 | $15,000 or less |
| iShares Core S&P 500 S&P 500 Index Fund (IVV) | | | | | Sold | 07/27/2018 | $15,000 or less |
| iShares Core S&P 500 S&P 500 Index Fund (IVV) | | | | | Sold | 11/05/2018 | $15,000 or less |
| iShares Core S&P ETF Smallcap (IJR) | None | None | None | Cash Market | | | |
| iShares Core S&P ETF Smallcap (IJR) | | | | | Sold | 01/03/2018 | $15,000 or less |
| iShares Edge MSCI USA Value Fact (VLUE) | None | Dividend | None | Cash Market | | | |
| iShares Edge MSCI USA Value Fact (VLUE) | | | | | Purchased | 12/19/2018 | $15,000 or less |
| iShares Edge MSCI USA Value Fact (VLUE) | | | | | Sold | 12/28/2018 | $15,000 or less |
| iShares Inc ETF MSCI Japan ETF New (EWJ) | $1,000 or less | Dividend | None | Cash Market | | | |
| iShares Inc ETF MSCI Japan ETF New (EWJ) | | | | | Purchased | 02/16/2018 | $15,000 or less |
| iShares Inc ETF MSCI Japan ETF New (EWJ) | | | | | Sold | 03/22/2018 | $15,000 or less |
| iShares Inc ETF MSCI Japan ETF New (EWJ) | | | | | Sold | 07/27/2018 | $15,000 or less |
| iShares JP Morgan USD Emerging Markets Bond (EMB) | $1,000 or less | Dividend | None | Cash Market | | | |
| iShares JP Morgan USD Emerging Markets Bond (EMB) | | | | | Purchased | 01/26/2018 | $15,000 or less |

| DESCRIPTION | INCOME AMOUNT | INCOME TYPE | GROSS VALUE AS OF 12/31 | VALUE METHOD | TRANS. TYPE | TRANS. DATE | TRANS. VALUE |
|---|---|---|---|---|---|---|---|
| iShares JP Morgan USD Emerging Markets Bond (EMB) | | | | | Sold | 05/17/2018 | $15,000 or less |
| iShares MBS ETF (MBB) | $1,000 or less | Dividend | None | Cash Market | | | |
| iShares MBS ETF (MBB) | | | | | Sold | 01/03/2018 | $15,000 or less |
| iShares MBS ETF (MBB) | | | | | Purchased | 06/25/2018 | $15,000 or less |
| iShares MBS ETF (MBB) | | | | | Sold | 12/19/2018 | $15,000 or less |
| iShares MBS ETF (MBB) | | | | | Sold | 12/28/2018 | $15,000 or less |
| iShares TIPS Bond (TIP) | $1,000 or less | Dividend | None | Cash Market | | | |
| iShares TIPS Bond (TIP) | | | | | Purchased | 01/03/2018 | $15,000 or less |
| iShares TIPS Bond (TIP) | | | | | Sold | 09/24/2018 | $15,000 or less |
| iShares TR Long Term Corp Bond Fund (IGLB) | $1,000 or less | Dividend | None | Cash Market | | | |
| iShares TR Long Term Corp Bond Fund (IGLB) | | | | | Purchased | 09/24/2018 | $15,000 or less |
| iShares TR Long Term Corp Bond Fund (IGLB) | | | | | Sold | 12/28/2018 | $15,000 or less |
| iShares TR Short Term Corp Bond Fund (IGSB) | $1,000 or less | Dividend | None | Cash Market | | | |
| iShares TR Short Term Corp Bond Fund (IGSB) | | | | | Purchased | 08/08/2018 | $15,000 or less |
| iShares TR Short Term Corp Bond Fund (IGSB) | | | | | Sold | 12/28/2018 | $15,000 or less |
| PIMCO 0-5 Year High Yield Corp Bond Fund (HYS) | $1,000 or less | Dividend | None | Cash Market | | | |
| PIMCO 0-5 Year High Yield Corp Bond Fund (HYS) | | | | | Purchased | 09/24/2018 | $15,000 or less |

| DESCRIPTION | INCOME AMOUNT | INCOME TYPE | GROSS VALUE AS OF 12/31 | VALUE METHOD | TRANS. TYPE | TRANS. DATE | TRANS. VALUE |
|---|---|---|---|---|---|---|---|
| PIMCO 0-5 Year High Yield Corp Bond Fund (HYS) | | | | | Sold | 12/28/2018 | $15,000 or less |
| SPDR S&P Dividend ETF (SDY) | $1,000 or less | Dividend | None | Cash Market | | | |
| SPDR S&P Dividend ETF (SDY) | | | | | Purchased | 12/19/2018 | $15,001 - $50,000 |
| SPDR S&P Dividend ETF (SDY) | | | | | Sold | 12/28/2018 | $15,001 - $50,000 |
| Select SPDR TR ETF Technology Select Sector (XLK) | $1,000 or less | Dividend | None | Cash Market | | | |
| Select SPDR TR ETF Technology Select Sector (XLK) | | | | | Purchased | 03/22/2018 | $15,000 or less |
| Select SPDR TR ETF Technology Select Sector (XLK) | | | | | Purchased | 07/27/2018 | $15,000 or less |
| Select SPDR TR ETF Technology Select Sector (XLK) | | | | | Purchased | 11/05/2018 | $15,000 or less |
| Select SPDR TR ETF Technology Select Sector (XLK) | | | | | Sold | 12/19/2018 | $15,000 or less |
| Select SPDR TR ETF Technology Select Sector (XLK) | | | | | Sold | 12/28/2018 | $15,001 - $50,000 |
| Select Sector SPDR ETF TR Financial (XLF) | $1,000 or less | Dividend | None | Cash Market | | | |
| Select Sector SPDR ETF TR Financial (XLF) | | | | | Sold | 01/03/2018 | $15,000 or less |
| Select Sector SPDR ETF TR Financial (XLF) | | | | | Purchased | 07/27/2018 | $15,000 or less |
| Select Sector SPDR ETF TR Financial (XLF) | | | | | Sold | 12/28/2018 | $15,000 or less |
| Select Sector SPDR Fd Cons Disc (XLY) | $1,000 or less | Dividend | None | Cash Market | | | |
| Select Sector SPDR Fd Cons Disc (XLY) | | | | | Purchased | 01/26/2018 | $15,000 or less |

| DESCRIPTION | INCOME AMOUNT | INCOME TYPE | GROSS VALUE AS OF 12/31 | VALUE METHOD | TRANS. TYPE | TRANS. DATE | TRANS. VALUE |
|---|---|---|---|---|---|---|---|
| Select Sector SPDR Fd Cons Disc (XLY) | | | | | Purchased | 03/22/2018 | $15,000 or less |
| Select Sector SPDR Fd Cons Disc (XLY) | | | | | Sold | 12/19/2018 | $15,000 or less |
| Select Sector SPDR Comm Svcs (XLC) | None | None | None | Cash Market | | | |
| Select Sector SPDR Comm Svcs (XLC) | | | | | Purchased | 09/24/2018 | $15,000 or less |
| Select Sector SPDR Comm Svcs (XLC) | | | | | Sold | 12/19/2018 | $15,000 or less |
| SPDR Blackstone/GSO Senior Loan ETF (SRLN) | $1,000 or less | Dividend | None | Cash Market | | | |
| SPDR Blackstone/GSO Senior Loan ETF (SRLN) | | | | | Sold | 10/25/2018 | $15,000 or less |
| Vaneck Vectors JP Morgan Emerging Markets Local Currency Bond ETF (EMLC) | $1,000 or less | Dividend | None | Cash Market | | | |
| Vaneck Vectors JP Morgan Emerging Markets Local Currency Bond ETF (EMLC) | | | | | Purchased | 01/03/2018 | $15,000 or less |
| Vaneck Vectors JP Morgan Emerging Markets Local Currency Bond ETF (EMLC) | | | | | Sold | 01/26/2018 | $15,000 or less |
| Vaneck Vectors JP Morgan Emerging Markets Local Currency Bond ETF (EMLC) | | | | | Purchased | 07/27/2018 | $15,000 or less |
| Vaneck Vectors JP Morgan Emerging Markets Local Currency Bond ETF (EMLC) | | | | | Sold | 12/28/2018 | $15,000 or less |
| Vanguard FTSE ETF Pacific (VPL) | None | None | None | Cash Market | | | |
| Vanguard FTSE ETF Pacific (VPL) | | | | | Sold | 02/16/2018 | $15,000 or less |
| Vanguard Growth ETF (VUG) | None | None | None | Cash Market | | | |

| DESCRIPTION | INCOME AMOUNT | INCOME TYPE | GROSS VALUE AS OF 12/31 | VALUE METHOD | TRANS. TYPE | TRANS. DATE | TRANS. VALUE |
|---|---|---|---|---|---|---|---|
| Vanguard Growth ETF (VUG) | | | | | Sold | 01/26/2018 | $15,000 or less |
| Vanguard Intl Equity ETF Index Fds FTSE Emerging Markets ETF (VWO) | $1,000 or less | Dividend | None | Cash Market | | | |
| Vanguard Intl Equity ETF Index Fds FTSE Emerging Markets ETF (VWO) | | | | | Sold | 05/17/2018 | $15,000 or less |
| Vanguard Value ETF (VTV) | $1,000 or less | Dividend | None | Cash Market | | | |
| Vanguard Value ETF (VTV) | | | | | Purchased | 01/26/2018 | $15,000 or less |
| Vanguard Value ETF (VTV) | | | | | Sold | 07/27/2018 | $15,000 or less |
| iShares ETF 1-3 Year Credit Bond (CSJ) | $1,000 or less | Dividend | None | Cash Market | | | |
| iShares ETF 1-3 Year Credit Bond (CSJ) | | | | | Purchased | 01/03/2018 | $15,000 or less |
| iShares ETF 1-3 Year Credit Bond (CSJ) | | | | | Sold | 07/27/2018 | $15,000 or less |
| IRA #1 | | | | | | | |
| Putnam International Growth Class A (PINOX) | None | None | $15,000 or less | Cash Market | | | |
| AIG SunAmerica Focused Alpha Large Cap (SFLAX) | $1,001 - $2,500 | Dividend | $15,000 or less | Cash Market | | | |
| IRA #2 | | | | | | | |
| AB Cap Fd Inc Global REI ( formerly All Bern Real Est Inv Cl A) (AREAX) | $1,000 or less | Dividend | $15,000 or less | Cash Market | | | |
| Alliance Bernstein Large-Cap Growth Class A (APGAX) | $2,501 - $5,000 | Dividend | $15,001 - $50,000 | Cash Market | | | |
| Alliance Bernstein Sustainable Global Thematic Fund (ALTFX) | $1,000 or less | Dividend | $15,000 or less | Cash Market | | | |

| DESCRIPTION | | INCOME AMOUNT | INCOME TYPE | GROSS VALUE AS OF 12/31 | VALUE METHOD | TRANS. TYPE | TRANS. DATE | TRANS. VALUE |
|---|---|---|---|---|---|---|---|---|
| John Hancock Regional Bank (FRBAX) | | $1,000 or less | Dividend | $15,001 - $50,000 | Cash Market | | | |
| Prudential Jennison Blend Fund Class A (PBQAX) | | $1,001 - $2,500 | Dividend | $15,001 - $50,000 | Cash Market | | | |
| Brokerage #2 | | | | | | | | |
| Alliance Large Capital Growth (APGAX) | | $1,001 - $2,500 | Dividend | $50,001 - $100,000 | Cash Market | | | |
| Alliance Large Capital Growth (APGAX) | | | | | | Purchased | 12/27/2018 | $15,001 - $50,000 |
| Fidelity New Markets Income Fd CL A (FGVMX) | See Note | $1,000 or less | Dividend | $15,001 - $50,000 | Cash Market | | | |
| Fundamental Investors Inc. (American Funds) (ANCFX) | | $5,001 - $15,000 | Dividend | $100,001 - $250,000 | Cash Market | | | |
| Growth Fund of America (American Funds) (AGTHX) | | $5,001 - $15,000 | Dividend | $100,001 - $250,000 | Cash Market | | | |
| Franklin Mutual Shares (TESIX) | | $2,501 - $5,000 | Dividend | $15,001 - $50,000 | Cash Market | | | |
| New Economy Fund (American Funds) (ANEFX) | | $2,501 - $5,000 | Dividend | $15,001 - $50,000 | Cash Market | | | |
| Putnam Invt Fds Multi-Cap Value Fund (PMVAX) | | $15,001 - $50,000 | Dividend | $50,001 - $100,000 | Cash Market | | | |
| Washington Mutual (American Funds) (AWSHX) | | $5,001 - $15,000 | Dividend | $50,001 - $100,000 | Cash Market | | | |
| Washington Mutual (American Funds) (AWSHX) | | | | | | Purchased | 12/27/2018 | $15,000 or less |
| Campbell Strategic Allocation Fund | | None | None | None | Cash Market | | | |
| Campbell Strategic Allocation Fund | | | | | | Sold | 09/14/2018 | $100,001 - $250,000 |
| Nationwide Destination B Variable Annuity | | | | | | | | |

| DESCRIPTION | INCOME AMOUNT | INCOME TYPE | GROSS VALUE AS OF 12/31 | VALUE METHOD | TRANS. TYPE | TRANS. DATE | TRANS. VALUE |
|---|---|---|---|---|---|---|---|
| FIDVIP Free 2020 SVC 2 (FFRTT) | None | None | $50,001 - $100,000 | Cash Market | | | |
| NW AMFDS NVIT ASSTALLOC II | None | None | $100,001 - $250,000 | Cash Market | | | |
| NW NVIT INV DEST CAPAPP II | None | None | $100,001 - $250,000 | Cash Market | | | |
| IRA #3 | | | | | | | |
| Standard Bank Deposit (cash) | $1,000 or less | Interest | $100,001 - $250,000 | Cash Market | | | |
| Deutsche Secs Tr Enhanced Comm Strat I (SKIRX) | $1,000 or less | Dividend | $15,000 or less | Cash Market | | | |
| Deutsche Secs Tr Enhanced Comm Strat I (SKIRX) | | | | | Purchased | 02/23/2018 | $15,000 or less |
| Deutsche Secs Tr Global Real Estate Secs Fd I (RRGIX) | $1,000 or less | Dividend | $15,000 or less | Cash Market | | | |
| Deutsche Secs Tr Global Real Estate Secs Fd I (RRGIX) | | | | | Purchased | 02/23/2018 | $15,000 or less |
| Euro Pacific Growth (American Funds) (AEPGX) | $1,000 or less | Dividend | $15,000 or less | Cash Market | | | |
| AMG Timessquare Mid Cap Grwth Fd I (TQMIX) | $1,001 - $2,500 | Dividend | $15,000 or less | Cash Market | | | |
| AMG Timessquare Mid Cap Grwth Fd I (TQMIX) | | | | | Purchased | 02/23/2018 | $15,000 or less |
| American Funds The Bond Fund of America F2 (ABNFX) | $1,000 or less | Dividend | $15,000 or less | Cash Market | | | |
| American Funds The Bond Fund of America F2 (ABNFX) | | | | | Purchased | 02/23/2018 | $15,000 or less |
| Goldman Sachs Tr Finl Square Treas Instrs Fd (FTIXX) | $1,000 or less | Dividend | $15,000 or less | Cash Market | | | |
| Goldman Sachs Tr Finl Square Treas Instrs Fd (FTIXX) | | | | | Purchased | 02/23/2018 | $15,000 or less |

| DESCRIPTION | INCOME AMOUNT | INCOME TYPE | GROSS VALUE AS OF 12/31 | VALUE METHOD | TRANS. TYPE | TRANS. DATE | TRANS. VALUE |
|---|---|---|---|---|---|---|---|
| Growth Fund of America (American Funds) (AGTHX) | $1,001 - $2,500 | Dividend | $15,001 - $50,000 | Cash Market | | | |
| Growth Fund of America (American Funds) (AGTHX) | | | | | Purchased | 02/23/2018 | $15,000 or less |
| American Funds Growth Fd of Amer F2 (GFFFX) | $1,001 - $2,500 | Dividend | $15,001 - $50,000 | Cash Market | | | |
| American Funds Growth Fd of Amer F2 (GFFFX) | | | | | Purchased | 02/23/2018 | $15,001 - $50,000 |
| Harbor Fd Cap Apprec Fd (HACAX) | $1,000 or less | Dividend | $15,000 or less | Cash Market | | | |
| Harbor Fd Cap Apprec Fd (HACAX) | | | | | Purchased | 02/23/2018 | $15,000 or less |
| Harbor Fd Cap Apprec Fd (HACAX) | | | | | Purchased | 08/15/2018 | $15,000 or less |
| Harbor Fd Intl Instl Cl (HAINX) | None | None | None | Cash Market | | | |
| Harbor Fd Intl Instl Cl (HAINX) | | | | | Purchased | 02/23/2018 | $15,000 or less |
| Harbor Fd Intl Instl Cl (HAINX) | | | | | Sold | 08/15/2018 | $15,000 or less |
| Hotchkis & Wiley Fds Mid Cap Val Fd I (HWMIX) | $1,000 or less | Dividend | $15,000 or less | Cash Market | | | |
| Hotchkis & Wiley Fds Mid Cap Val Fd I (HWMIX) | | | | | Purchased | 02/23/2018 | $15,000 or less |
| American Funds Invest Co of Amer F2 (ICAFX) | $1,001 - $2,500 | Dividend | $15,000 or less | Cash Market | | | |
| American Funds Invest Co of Amer F2 (ICAFX) | | | | | Purchased | 02/23/2018 | $15,000 or less |
| American Funds Invest Co of Amer F2 (ICAFX) | | | | | Purchased | 08/15/2018 | $15,000 or less |
| American Funds New World Fd F2 (NFFFX) | $1,000 or less | Dividend | $15,000 or less | Cash Market | | | |

| DESCRIPTION | INCOME AMOUNT | INCOME TYPE | GROSS VALUE AS OF 12/31 | VALUE METHOD | TRANS. TYPE | TRANS. DATE | TRANS. VALUE |
|---|---|---|---|---|---|---|---|
| American Funds New World Fd F2 (NFFFX) | | | | | Purchased | 02/23/2018 | $15,000 or less |
| American Funds Wash Mut Fd F2 (WMFFX) | $1,001 - $2,500 | Dividend | $15,001 - $50,000 | Cash Market | | | |
| American Funds Wash Mut Fd F2 (WMFFX) | | | | | Purchased | 02/23/2018 | $15,001 - $50,000 |
| American Funds Wash Mut Fd F2 (WMFFX) | | | | | Purchased | 08/15/2018 | $15,000 or less |
| JPMorgan Tr II High Yield Fd I (OHYFX) | $1,000 or less | Dividend | $15,000 or less | Cash Market | | | |
| JPMorgan Tr II High Yield Fd I (OHYFX) | | | | | Purchased | 02/23/2018 | $15,000 or less |
| Principal Fds Inc Midcap Fd I (PCBIX) | $1,001 - $2,500 | Dividend | $15,000 or less | Cash Market | | | |
| Principal Fds Inc Midcap Fd I (PCBIX) | | | | | Purchased | 02/23/2018 | $15,000 or less |
| American Funds Europac Grwth Fd F2 (AEPFX) | $1,000 or less | Dividend | $15,000 or less | Cash Market | | | |
| American Funds Europac Grwth Fd F2 (AEPFX) | | | | | Purchased | 02/23/2018 | $15,001 - $50,000 |
| Oppenheimer Dev Mkts Cl Y (ODVYX) | $1,000 or less | Dividend | $15,000 or less | Cash Market | | | |
| Oppenheimer Dev Mkts Cl Y (ODVYX) | | | | | Purchased | 02/23/2018 | $15,000 or less |
| Pimco Fds Pac Invt Mgmt Ser Emerg Mkts I (PEBIX) | $1,000 or less | Dividend | $15,000 or less | Cash Market | | | |
| Pimco Fds Pac Invt Mgmt Ser Emerg Mkts I (PEBIX) | | | | | Purchased | 02/23/2018 | $15,000 or less |
| Principal Inv Fd Real Estate Secs Fd I (PIREX) | $1,000 or less | Dividend | $15,000 or less | Cash Market | | | |
| Principal Inv Fd Real Estate Secs Fd I (PIREX) | | | | | Purchased | 02/23/2018 | $15,000 or less |

| DESCRIPTION | | INCOME AMOUNT | INCOME TYPE | GROSS VALUE AS OF 12/31 | VALUE METHOD | TRANS. TYPE | TRANS. DATE | TRANS. VALUE |
|---|---|---|---|---|---|---|---|---|
| Putnam Intl. Growth Fund Class A (PINOX) | | None | None | $15,001 - $50,000 | Cash Market | | | |
| Putnam Growth Opportunities Fund Class A (POGAX) | | $5,001 - $15,000 | Dividend | $100,001 - $250,000 | Cash Market | | | |
| Putnam Growth Opportunities Fund Class A (POGAX) | | | | | | Sold | 08/16/2018 | $15,001 - $50,000 |
| SmallCap World Fd Inc Cl F2 (SMCFX) | | $1,000 or less | Dividend | $15,000 or less | Cash Market | | | |
| SmallCap World Fd Inc Cl F2 (SMCFX) | | | | | | Purchased | 02/23/2018 | $15,000 or less |
| Virtus Funds Virtus Vontobel Emg Mkts Opps I (HIEMX) | | $1,000 or less | Dividend | $15,000 or less | Cash Market | | | |
| Virtus Funds Virtus Vontobel Emg Mkts Opps I (HIEMX) | | | | | | Purchased | 02/23/2018 | $15,000 or less |
| Victory Sycamore Small Co Opp Fd I (VSOIX) | | $1,001 - $2,500 | Dividend | $15,000 or less | Cash Market | | | |
| Victory Sycamore Small Co Opp Fd I (VSOIX) | | | | | | Purchased | 02/23/2018 | $15,000 or less |
| Victory Port Rs Sm Cap Growth Fd Y (RSYEX) | | $1,001 - $2,500 | Dividend | $15,000 or less | Cash Market | | | |
| Victory Port Rs Sm Cap Growth Fd Y (RSYEX) | | | | | | Purchased | 02/23/2018 | $15,000 or less |
| Other Holdings | | | | | | | | |
| Rental property, Orange Beach, AL | See Note | $15,001 - $50,000 | Rent | $250,001 - $500,000 | Estimated | | | |
| Steele Enterprises LLC | See Note | None | None | None | Book Value | | | |

# Additional Information or Explanation

| PART | # | NOTE |
|------|-----|------|
| VII. | 3 | Level of risk only - no control over selection or transactions. |
| VII. | 7.2 | Formerly Fidelity Adv Emerging Markets Income Fund (FMKAX). |
| VII. | 10.1 | 250,000 - 500,000 |
| VII. | 10.2 | This asset became unreportable in 2018 without a corresponding reportable transaction. |